1  MAY ANTOINETTE G. TEODORO (SBN 169494)
   M.G. TEODORO LAW
2  1625 The Alameda, Suite 800
   San Jose, California 95126
3  Telephone: (408) 491-9756
   Facsimile: (408) 491-9760
4  Email: mgteodoro@aol.com

5  Attorney for Plaintiff
   PAT DELOS SANTOS
6
   KEVIN V. RYAN (SBN 118321)
7  United States Attorney
   JOANN M. SWANSON (SBN 88143)
8  Chief, Civil Division
   LETITIA R. KIM (SBN 200142)
9  Assistant United States Attorney

10    450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
11    Telephone: (415) 436-7181
      Facsimile: (415) 436-6748
12    Email: letitia.r.kim@usdoj.gov

13  Attorneys for Defendant
    JOHN E. POTTER
14

15              UNITED STATES DISTRICT COURT

16             NORTHERN DISTRICT OF CALIFORNIA

17                SAN FRANCISCO DIVISION

18  PAT DELOS SANTOS,                    )   Case No. C 06-02948 VRW
                                         )
19              Plaintiff,               )   STIPULATION TO CONTINUE CASE
                                         )   MANAGEMENT CONFERENCE;
20        v.                             )   DECLARATION OF LETITIA R. KIM;
                                         )   [PROPOSED] ORDER
21  JOHN E. POTTER, Postmaster General,  )
                                         )
22              Defendant.               )
                                         )
23  _____     )

24                  **STIPULATION**

25        A Case Management Conference is currently scheduled for January 9, 2007 at 9:00 a.m.

26  Defendant will not have appeared by then, because his responsive pleading is currently due on

27  January 12, 2007.  (Kim Decl. ¶ 2.)  Unfortunately, defendant will be unable to file a responsive

28  pleading in advance of that date because defense counsel will be out of the country until January

1   5, 2007. (*Id.*) Additionally, counsel for plaintiff will be out of the country from January 22,

2   2007 through approximately February 20, 2007. (*Id.* ¶ 3.) In order to give the parties an

3   opportunity to meet and confer under Rule 26(f) and prepare a joint case management statement

4   after plaintiff's counsel returns, the parties respectfully request that the Court continue the Case

5   Management Conference to March 13, 2007 at 9:00 a.m. (*Id.* ¶ 4.)

6           The parties do not anticipate requesting further continuances of this Case Management

7   Conference.

8           IT IS SO STIPULATED.

9   DATED: 12·21·06                        KEVIN V. RYAN
                                           United States Attorney
10

11

12                                         By: LETITIA R. KIM
                                           Assistant United States Attorney
13                                         Attorneys for Defendant

14

15   DATED: Dec. 20, 2006

16                                         M.G. TEODORO LAW

17

18                                         By: MAY ANTOINETTE G. TEODORO
                                           Attorney for Plaintiff
19

20

21

22

23

24

25

26

27

28

Stip. to Continue CMC, Kim Decl., [Proposed] Order
Case No. C 06-2948 VRW                    2

## DECLARATION OF LETITIA R. KIM

I, Letitia R. Kim, declare as follows:

1.    I am licensed to practice law in this district, and am an Assistant United States Attorney, counsel for the defendant in this action.  The statements contained in this declaration are within my personal knowledge.  I make this declaration in support of the parties' stipulated request to continue the Case Management Conference.

2.    Service on the defendant was completed on November 1, 2006.  Because I will be out of the country from December 22, 2006 through January 5, 2007, plaintiff's counsel and I stipulated that defendant's responsive pleading would be due on January 12, 2007.  I will be unable to file a responsive pleading in advance of that due date because I will be out of the country until January 5, 2007.

3.    Plaintiff's counsel, May Antoinette Teodoro, advised me she will be out of the country from January 22, 2007 through approximately February 20, 2007.

4.    Because defendant will not have appeared by January 9, 2007 and Ms. Teodoro will be out for a month until approximately February 20, 2007, Ms. Teodoro and I agreed to request a continuance of the Case Management Conference to March 13, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Executed this 21st day of December, 2006, at San Francisco, California.


/s/
_____
Letitia R. Kim

## ~~[PROPOSED]~~ ORDER

Pursuant to the parties' stipulation and the declaration of Letitia R. Kim, it is ordered that the Case Management Conference, which was previously scheduled for January 9, 2007 at 9:00 a.m., is continued to March 13, 2007 at 9:00 a.m.

IT IS SO ORDERED.

Dated: _December 22, 2006_____



GRANTED

VAU
Chie                                    Court

Judge Vaughn R Walker