MAY ANTOINETTE G. TEODORO (SBN 169494)
M.G. TEODORO LAW
1625 The Alameda, Suite 800
San Jose, California 95126
Telephone: (408) 491-9756
Facsimile: (408) 491-9760
Email: mgteodoro@aol.com

Attorney for Plaintiff
PAT DELOS SANTOS

SCOTT N. SCHOOLS (South Carolina Bar No. 9990)
United States Attorney
JOANN M. SWANSON (California Bar No. 88143)
Chief, Civil Division
LETITIA R. KIM (California Bar No. 200142)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7181
   Facsimile: (415) 436-6748
   Email: letitia.r.kim@usdoj.gov

Attorneys for Defendant
JOHN E. POTTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION    C06-2948 VRW

| | |
|---|---|
| PAT DELOS SANTOS,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN E. POTTER, Postmaster General,<br><br>    Defendant. | Case No. C 06-2948 VRW<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER |

## **STIPULATION**

A Case Management Conference is currently scheduled for March 13, 2007 at 9:00 a.m. Unfortunately, plaintiff's counsel has just learned of a death in the family and will have to be in the Philippines for at least the next two weeks. Defense counsel has depositions all day on each of the following three Tuesdays (March 27, April 3, and April 10), and plaintiff's counsel will be

Stip. to Continue CMC, [Proposed] Order
Case No. C 06-2948 VRW         -1-

1  in trial on April 17. Consequently, the parties jointly request that the Court continue the Case
2  Management Conference to April 24, 2007 at 9:00 a.m., or on a subsequent date that is
3  convenient for the Court. Further, the parties respectfully believe a continuance makes sense in
4  light of the fact that the hearing on defendant's motion to dismiss and plaintiff's motion to
5  amend will be on March 22, 2007.
6      IT IS SO STIPULATED.
7  DATED: 3-6-07

    SCOTT N. SCHOOLS
    United States Attorney

    By: LETITIA R. KIM
    Assistant United States Attorney
    Attorneys for Defendant

13  DATED: March 5, 2007

    M.G. TEODORO LAW

    By: MAY ANTOINETTE G. TEODORO
    Attorney for Plaintiff

Stip. to Continue CMC; [Proposed] Order
Case No. C 06-2948 VRW      -1-

1
## [PROPOSED] ORDER

2   Pursuant to the parties' stipulation, it is ordered that the Case Management Conference,
3 which was previously scheduled for March 13, 2007 at 9:00 a.m., is continued to April 24, 2007
4 at 9:00 a.m.
5   IT IS SO ORDERED.
6
7 Dated: __March 7, 2007_____



GRANTED
Judge Vaughn R Walker

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28