| | |
|---|---|
| 1 | MAY ANTOINETTE G. TEODORO (California Bar No. 169494) |
|  | M.G. TEODORO LAW |
| 2 | 1625 The Alameda, Suite 800 |
|  | San Jose, California 95126 |
| 3 | Telephone: (408) 491-9756 |
|  | Facsimile: (408) 491-9760 |
| 4 | Email: mgteodoro@aol.com |

Attorneys for Plaintiff
PAT DELOS SANTOS

SCOTT N. SCHOOLS (South Carolina Bar No. 9990)
United States Attorney
JOANN M. SWANSON (California Bar No. 88143)
Chief, Civil Division
LETITIA R. KIM (California Bar No. 200142)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7181
   Facsimile: (415) 436-6748
   Email: letitia.r.kim@usdoj.gov

Attorneys for Defendant
JOHN E. POTTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| PAT DELOS SANTOS, | ) | Case No. C 06-2948 VRW |
|  | ) |  |
|   Plaintiff, | ) | STIPULATED REQUEST AND |
|  | ) | [PROPOSED] ORDER TO CONTINUE |
|   v. | ) | MEDIATION DEADLINE |
|  | ) |  |
| JOHN E. POTTER, | ) |  |
|  | ) |  |
|   Defendant. | ) |  |

**STIPULATED REQUEST**

The mediation deadline in this case is currently scheduled for July 28, 2007. To meet that deadline, the parties scheduled the mediation for July 20 and the plaintiff's deposition for June 19, and at plaintiff's request, defense counsel booked a certified Tagalog-English interpreter for

Stip. Req. & [Prop.] Order to Continue Mediation Deadline
Case No. C 06-2948 VRW         -1-

1 the deposition. The day before the deposition, the interpreting firm contacted defense counsel
2 and stated they had made a mistake, and the interpreter was unavailable on June 19. Apparently,
3 that interpreter is the only certified Tagalog-English interpreter in the district. Defense counsel
4 has made several attempts to reschedule the deposition, but has been unable to do so thus far
5 because the interpreter's schedule is apparently very limited at this time.

6 After conferring, the parties agree that mediation cannot be productive without the
7 plaintiff's deposition. Furthermore, plaintiff's counsel has two upcoming jury trials in the fall for
8 which she must prepare in the late summer and fall. Accordingly, the parties jointly and
9 respectfully request that the Court continue the mediation deadline to December 14, 2007. Trial
10 in this action has not yet been scheduled.

11 Dated: July 19, 2007                              Respectfully submitted,

12                                                   SCOTT N. SCHOOLS
                                                     United States Attorney
13
                                                             /s/
14                                                   _____
                                                     LETITIA R. KIM
15                                                   Assistant United States Attorney
                                                     Attorneys for Defendant
16

17                                                   M.G. TEODORO LAW

18                                                           /s/
                                                     _____
19                                                   MAY ANTOINETTE G. TEODORO
                                                     Attorneys for Plaintiff
20

Stip. Req. & [Prop.] Order to Continue Mediation Deadline
Case No. C 06-2948 VRW                     -2-

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and good cause having been shown, the Court hereby continues the mediation deadline to December 14, 2007.

IT IS SO ORDERED.

Dated: July 24, 2007



_____
VAUGHN R. WALKER
United States District Judge