1  MAY ANTOINETTE G. TEODORO (SBN 169494)
   M.G. TEODORO LAW
2  1625 The Alameda, Suite 800
   San Jose, California 95126
3  Telephone: (408) 491-9756
   Facsimile: (408) 491-9760
4  Email: mgteodoro@aol.com

5  Attorney for Plaintiff
   PAT DELOS SANTOS
6
   SCOTT N. SCHOOLS (South Carolina Bar No. 9990)
7  United States Attorney
   JOANN M. SWANSON (California Bar No. 88143)
8  Chief, Civil Division
   LETITIA R. KIM (California Bar No. 200142)
9  Assistant United States Attorney

10   450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
11   Telephone: (415) 436-7181
     Facsimile: (415) 436-6748
12   Email: letitia.r.kim@usdoj.gov

13 Attorneys for Defendant
   JOHN E. POTTER
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAT DELOS SANTOS, | Case No. C 06-2948 VRW |
| Plaintiff, | STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT |
| v. | CONFERENCE; [~~PROPOSED~~] ORDER |
| JOHN E. POTTER, Postmaster General, | |
| Defendant. | |

**STIPULATION**

A Further Case Management Conference is currently scheduled for August 14, 2007 at 9:00 a.m.  The parties understand that one of the purposes of the Conference was to report to the Court on the results of the mediation, which had been set to occur by the end of July 2007.  However, the mediation deadline was recently continued (by stipulation and Order) to December

Stip. to Continue Further CMC, [Proposed] Order
Case No. C 06-2948 VRW                          -1-

1  14, 2007, and the parties expect the mediation to take place in early December 2007.
2  Accordingly, the parties jointly and respectfully request that the Further Case Management
3  Conference be continued to January 15, 2008, which will be after the mediation and holiday
4  season.
5      IT IS SO STIPULATED.
6  DATED: August 8, 2007

SCOTT N. SCHOOLS
United States Attorney

/s/
_____
By: LETITIA R. KIM
Assistant United States Attorney
Attorneys for Defendant


M.G. TEODORO LAW

/s/
_____
By: MAY ANTOINETTE G. TEODORO
Attorneys for Plaintiff

**[~~PROPOSED~~] ORDER**

Pursuant to the parties' stipulation, it is ordered that the Further Case Management Conference is continued to January 15, 2008 at 9:00 a.m.

IT IS SO ORDERED.

Dated: __August 13, 2007_____



_____
VAUGHN R WALKER
United States District Chief Judge

Stip. to Continue Further CMC, [Proposed] Order
Case No. C 06-2948 VRW                                    -3-