1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELISSA K. BROWN (SBN 203307)
   Assistant United States Attorney
4       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
5       Telephone: (415) 436-6962
        Facsimile:  (415) 436-6748
6       E-mail:    melissa.k.brown@usdoj.gov

7  Attorneys for Federal Defendants

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12  PAT DELOS SANTOS,                )   No. C 06-2948 VRW
                                     )
13         Plaintiff,                )   **JOINT STIPULATION AND**
                                     )   **[PROPOSED] ORDER TO EXTEND**
14     v.                            )   **TIME FOR MEDIATION**
                                     )
15  POSTMASTER GENERAL, JOHN         )
    POTTER,                          )
16                                   )
           Defendant.                )
17  _____  )
                                     )
18                                   )

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR MEDIATION
No. C 06-2948 VRW

| | |
|---|---|
| 1 | **STIPULATION** |

2  The parties, by and through their respective attorneys, request that the following dates be
3  adopted by the Court: that the mediation deadline in this action be extended from December 14,
4  2007 to March 14, 2008. The Federal Defendant expects to file a motion for summary judgment
5  following receipt of a scheduling order from the Court following the case management
6  conference, which is currently scheduled for January 17, 2008.

7

8  DATED: December 10, 2007

    Respectfully submitted,
    SCOTT N. SCHOOLS
9    United States Attorney

10

11    */s/ Melissa Brown*
    MELISSA K. BROWN
12    Assistant United States Attorney

13  Dated: December 10, 2007

14    MAY ANTOINETTE TEODORO
    Attorney for Plaintiff

15

16

17  **ORDER**

18  The mediation deadline in this action shall be extended from December 14, 2007 to
    March 14, 2008.
19
    **IT IS SO ORDERED.**
20

21

22  Dated: _____

23    VAUGHN R. WALKER
    Chief Judge, United States District Court

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR MEDIATION
No. C 06-2948 VRW

## STIPULATION

The parties, by and through their respective attorneys, request that the following dates be adopted by the Court: that the mediation deadline in this action be extended from December 14, 2007 to March 14, 2008. The Federal Defendant expects to file a motion for summary judgment following receipt of a scheduling order from the Court following the case management conference, which is currently scheduled for January 17, 2008.

DATED: December 10, 2007

Respectfully submitted,
SCOTT N. SCHOOLS
United States Attorney

MELISSA K. BROWN
Assistant United States Attorney

Dated: December 10, 2007

MAY ANTOINETTE TEODORO
Attorney for Plaintiff

## ORDER

The mediation deadline in this action shall be extended from December 14, 2007 to March 14, 2008.

**IT IS SO ORDERED.**

Dated: December 12, 2007


GRANTED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR MEDIATION
No. C 06-2948 VRW