1   May Antoinette G. Teodoro (SBN 169494)
    M.G. TEODORO LAW
2   1625 The Alameda, Ste. 800
    San Jose, CA 95126
3   Telephone No. (408) 491-9756
    Facsimile No. (408) 491-9760
4
    Attorney for Plaintiff
5
    JOSEPH P. RUSSONIELLO (CSBN 443320
6   United States Attorney
    JOANN M. SWANSON (CSBN 88143)
7   Chief, Civil Division
    MELISSA K. BROWN (SBN 203307)
8   Assistant United States Attorney
       450 Golden Gate Avenue, Box 36055
9      San Francisco, California 94102-3495
       Telephone: (415) 436-6962
10     Facsimile:  (415) 436-6748
       E-mail:    melissa.k.brown@usdoj.gov
11
    Attorneys for Federal Defendant
12
13                UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                 SAN FRANCISCO DIVISION

16
    PAT DELOS SANTOS,                    )    No. C 06-2948 VRW
17                                       )
        Plaintiff,                       )    **STIPULATION AND [PROPOSED]**
18                                       )    **PROTECTIVE ORDER RE**
        v.                               )    **CONFIDENTIALITY**
19                                       )
    POSTMASTER GENERAL, JOHN             )
20  POTTER,                              )
                                         )
21      Defendant.                       )
                                         )
22                                       )
                                         )
23                                       )
24
25
26
27
28

    STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE: CONFIDENTIALITY
    No. C 06-2948 VRW

Subject to the approval of this Court, plaintiff PAT DELOS SANTOS and defendant JOHN E. POTTER, Postmaster General for United States Postal Service, by and through their undersigned counsel, hereby stipulate to the following protective order:

The parties agree that entry of the following protective order is necessary in order to: (1) facilitate discovery of information without document by document controversy concerning confidentiality; (2) protect employees of the United States Postal Service from undue annoyance, embarrassment, oppression, burden and expense resulting from public disclosure or use for purposes other than this litigation of confidential information that the parties will disclose in discovery; and (3) avoid violation of the Privacy Act as codified at 5 U.S.C. §522a and (4) to protect the investigative processes engaged in by the United States Postal Service. The parties therefore request that the Court enter the following protective order pursuant to Federal Rule of Civil Procedure 26(c).

## STIPULATED ORDER

All documents obtained from defendant in response to the Document Requests found in the Amended Notice of Taking of Deposition and Notice to Produce Documents at Deposition dated February 20, 2008 (the "Documents") shall be subject to the following restrictions:

1. The Documents and the information contained therein shall be used only for purposes of this litigation and not for any other purpose;

2. Neither the Documents nor the information contained therein shall be disclosed to anyone other than (a) the attorney employed by plaintiff and the attorney's staff; (b) outside experts or consultants retained by any of the parties or their counsel for purposes of this litigation after their execution of the Confidentiality Agreement (attached hereto as Exhibit A); (c) the Court in further proceedings herein; (d) stenographic deposition reporters; and (e) other persons whom the parties mutually agree upon in writing;

3. There shall be no reproduction of the Documents, except that, as required by the litigation, copies, excerpts, or summaries may be shown to those authorized in Paragraph 2;

4. Any of the Documents used as an exhibit to or in connection with a pleading or other

STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE: CONFIDENTIALITY
No. C 06-2948 VRW

1  document filed with the court shall be filed under seal in accordance with the Court's rules and
2  procedures for filing documents under seal.

3  5.  Except as otherwise provided in Paragraphs 2 and 3, all of the Documents shall remain in
4  the custody of the plaintiff's attorney of record during the pendency of the litigation;

5  6.  Upon final determination of this litigation, including all appeals, all of the Documents,
6  including copies, extracts or summaries thereof, produced by defendant that pertains to any
7  person other than the plaintiff herein, shall be returned to defendant's counsel.  Notwithstanding
8  this paragraph, however, the plaintiff's attorneys may retain one copy of each pleading and other
9  document filed with the Court that contains any of the Documents covered by this Order.
10  Furthermore, nothing in this paragraph shall be construed to require plaintiff's attorney to turn
11  over any attorney work-product or additional materials withheld under the investigative privilege
12  without court order; and

13  7.  This Stipulation and Protective Order is without prejudice to the right of any party to seek
14  modification of it from the Court.  It shall remain in effect until such time as it is modified,
15  amended or rescinded by the Court and shall survive termination of this action.  The
16  Court shall have continuing jurisdiction to modify, amend, or rescind this Stipulation and
17  Protective Order notwithstanding the termination of this action.

18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE: CONFIDENTIALITY
No. C 06-2948 VRW

1

2 **IT IS SO STIPULATED.**

3 Confidentiality Agreement and Protective Order.

4 DATED: March 12, 2008

Respectfully submitted,
5 JOSEPH P. RUSSONIELLO
United States Attorney

6

7 MELISSA K. BROWN

8 Assistant United States Attorney
Attorney for the Federal Defendant

9

10 Dated: March 12, 2008

11 MAY ANTOINETTE TEODORO
Attorney for Plaintiff

12

13

14 **APPROVED AND SO ORDERED.**

15 DATED: ___March 17, 2008___

16 VAUGHN R.
CHIEF JUD      IT IS SO ORDERED      COURT

17 Judge Vaughn R Walker

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE: CONFIDENTIALITY
No. C 06-2948 VRW

## EXHIBIT A

## CONFIDENTIALITY AGREEMENT

I, the undersigned, hereby acknowledge that I have received and read a copy fo the Stipulation and Protective Order ("Protective Order') entered in *Pat Delos Santos v. John Potter, Postmaster General United States Postal Service*, U.S. District Court for Northern District of California, Case No. C-06-2948 VRW (hereinafter the "Action"), and understand the terms therefore and agree to be bound thereby.

I further acknowledge and understand that any of "the Documents" and other information produced in the Action (*i.e.*, documents, testimony, written discovery responses and other information provided in the course of pretrial discovery and any information contained therein or derived therefrom) may not be disclosed to anyone, except as authorized by the Protective Order, and may not be used for any purposed other than the purposes of the Action. I agree to return to counsel "the Documents" and any confidential material derived therefrom at the conclusion of the Action.

I submit to the jurisdiction of the court in which the Action is pending, and I understand that sanctions may be imposed by the Court, including civil and criminal penalties for contempt of court, if I fail to abide by and comply with all of the terms, conditions, and restrictions imposed by the Protective Order.

DATED: _____

_____
Type or Print Name

_____
Signature

STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE: CONFIDENTIALITY
No. C 06-2948 VRW