May Antoinette G. Teodoro (SBN 169494)
M.G. TEODORO LAW
1625 The Alameda, Ste. 800
San Jose, CA 95126
Telephone No. (408) 491-9756
Facsimile No. (408) 491-9760

Attorney for Plaintiff

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K. BROWN (SBN 203307)
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6962
   Facsimile:  (415) 436-6748
   E-mail:    melissa.k.brown@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAT DELOS SANTOS, | No. C 06-2948 VRW |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR MEDIATION** |
| POSTMASTER GENERAL, JOHN POTTER, | |
| Defendant. | |

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR MEDIATION
No. C 06-2948 VRW

**STIPULATION**

The parties, by and through their respective attorneys, request that the following dates be adopted by the Court: that the mediation deadline in this action be extended from March 14, 2008 to June 23, 2008. The Federal Defendant expects to file a motion for summary judgment prior to mediation and made such representation at the Case Management Conference. The Court has set the hearing on motions for summary judgment for May 22, 2008.

DATED: March 13, 2008

Respectfully submitted,
JOSEPH P. RUSSONIELLO
United States Attorney
            /s/

_____
MELISSA K. BROWN
Assistant United States Attorney
            /s/

Dated: March 13, 2008

_____
MAY ANTOINETTE TEODORO
Attorney for Plaintiff

**ORDER**

The mediation deadline in this action shall be extended from March 14, 2008 to June 23, 2008.

**IT IS SO ORDERED.**

Dated: ___March 17, 2008___



JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR MEDIATION
No. C 06-2948 VRW