May Antoinette G. Teodoro (SBN 169494)
M.G. TEODORO LAW
1625 The Alameda, Ste. 800
San Jose, CA 95126
Telephone No. (408) 491-9756
Facsimile No. (408) 491-9760

Attorney for Plaintiff

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K. BROWN (SBN 203307)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6962
    Facsimile:  (415) 436-6748
    E-mail:   melissa.k.brown@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| PAT DELOS SANTOS, | ) | No. C 06-2948 VRW |
| | ) | |
| Plaintiff, | ) | **JOINT STIPULATION AND** |
| | ) | ~~[PROPOSED]~~ **ORDER TO EXTEND** |
| v. | ) | **TIME FOR MEDIATION** |
| | ) | |
| POSTMASTER GENERAL, JOHN POTTER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR MEDIATION
No. C 06-2948 VRW

**STIPULATION**

The parties, by and through their respective attorneys, request that the following dates be adopted by the Court: that the mediation deadline in this action be extended from June 23, 2008 to December 5, 2008. The Federal Defendant expects to file a second motion for summary judgment prior to mediation and no later than July 24, 2008, and made such representation at the Case Management Conference held on June 26, 2008. The Court has set the hearing on the motion for summary judgment for August 28, 2008.

DATED: July 2, 2008

Respectfully submitted,
JOSEPH P. RUSSONIELLO
United States Attorney

/s
_____
MELISSA K. BROWN
Assistant United States Attorney

/s

Dated: July 2, 2008
_____
MAY ANTOINETTE TEODORO
Attorney for Plaintiff

**ORDER**

The mediation deadline in this action shall be extended from June 23, 2008 to December 5, 2008.

**IT IS SO ORDERED.**

Dated: __July 7, 2008__



GRANTED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR MEDIATION
No. C 06-2948 VRW